IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

105591 RECEIVED

Jimmy Frank Cameron
Full name and prison number of
plaintiff(s)

2007 JUL 27 A 10: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v.

CIVIL ACTION NO. 2:07-CV-684-WKW
(To be supplied by the Clerk of the
U.S. District Court)

Tahir Siddiq - in His
Individual Capacity

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes (✓) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
   Plaintiff(s) Jimmy Frank Cameron
   Defendant(s) Richard Allen Et. AL

2. Court (if federal court, name the district; if state court, name the county)
   Middle District of Alabama

3. Docket No. 2:06-CV-1115-MHT

4. Name of Judge to whom case was assigned Terry F Moorer

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? __Still Pending__

6. Approximate date of filing lawsuit __Febuary 2007__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Bullock Correctional Facility__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bullock Correctional Facility Infirminy__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Tahir Siddiq | Bullock Correctional Facility P.O. Box 5107. Union Springs Ala 36089 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __7-19-07__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Violation of 8 and 14 Amendement of U.S.C__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
I went to see Doctor Siddiq on 7-19-07 and he ask me if I was still sueing every Body I said it was still Pending. He Then said he wanted To Check my Rectum. see extra sheet

-2-

GROUND TWO: improper Inhuman Medical Treatment

SUPPORTING FACTS: Doctor siddiq viciously Gave me a Rectal exam.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
ORDer Doctor To Pay Nominal Damages of $100,000 for Pain and suffering

*Jimmy F Cameron*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-25-07
(date)

*Jimmy F Cameron*
Signature of plaintiff(s)

Declaration of Jimmy Frank Cameron
Under Penalty of Perjury
Pursuant To 28 U.S.C § 1746

Jimmy Frank Cameron being Competent To make This Declaration and having Personal Knowledge of The matters Stated herein Declares Pursuant To 28 U.S.C. § 1746

I Jimmy Frank Cameron does say That I saw Doctor Siddiq, on 7-19-07 Trying To get something for a inLarged Prostrate Gland. I Told Doctor Siddiq I had been diagnosed for a inLarged Prostrate at St Clair in 1999. and That I was Really Straining To urinate. Doctor Siddiq Reply was are you still sueing every body? I Told him The suit was still Pending. I again Told him about The Hard straining at That Time Doctor Siddiq said Straining is Good! Then he wanted To give me a Rectum check. The Doctor Siddiq gave me a vicious check he was really Trying To cause me pain! Then he wanted To give me some antibiotic which I Refused. Because of having Hipotitus C. and am not Suspose To be Taking These antibiotic. All I wanted was flomax. Doctor Siddiq Damaged my urinary Tract with his vicious Rectal Examination! Deliberately!!!

Pursuant To 28 USC § 1746. I Declare under Penalty of Perjury. That The foregoing is True and Correct!
Executed on 7-19-07     Jimmy F Cameron

Jimmy Cameron 70304
P.O. Box 5107 C-1-7-A
Union Spring Ala
36089

MONTGOMERY AL 361
26 JUL 2007 PM 4 L

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

Exhibit A



Chronic Care

# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Jimmy Cameron    Date of Request: 7-18-07
ID # 105591    Date of Birth: 12-30-48   Location: C-1-7A
Nature of problem or request: Need to see Doctor about getting flomax straining to urinate. Large prostrate

*Jimmy Cameron*
/Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

See Net Tool 7/19/07 SH

RECEIVED
Date: 7/18/07
Time: 7:00
Receiving Nurse Initials: CT

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95