In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
           Plantiff

v.

Tahir Saddiq
           Defendant

Case No 2:07-CV-684 WKW
(WO)

RECEIVED
2007 AUG -3 A 10: 35
[ ] F. HACKETT, CL[ ]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Right To Trial
U.S.C Title 28 § 770-773

Come now plantiff Jimmy Frank Cameron and Does Ask This Honorable court for A Trial by a Jury of His Peers To Descide This claim

Excuted on 8- -07    Jimmy F Cameron
                              plantiff

## Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the foregoing was mailed to the Attorneys for the Defendant. This Day of 8-1-07 by placing a copy in the U.S mail postage prepaid. properly addressed

Rushton Stakely Johnson Garrett P.A.

P.O Box 270

Montgomery Ala

36101-0270

executed on    8-1-07

Jimmy F Cameron
Plaintiff



Jimmy Cameron 105591
PO Box 5107 C-1-7-A
Union Spring, Ala
36089

MONTGOMERY AL 361
02 AUG 2007 PM 1 T

United States District Court
P.O Box 711
Montgomery, Ala
36101-0711