In The United States District Court for the Middle District Northern Division

Jimmy Frank Cameron
   Plaintiff

V.                                    Case No. 2:07-CV-684 WKW

Doctor Tahir Siddiq,
   Defendant

## Motion for Leave To Amend

Come now Jimmy F. Cameron and does ask this Honorable Court to let him amend his complaint, and does say that Doctor Siddiq did this act of retaliation in a revengeful way! Causing me a great deal of pain and did do some kind of damage to plaintiff urinary tract. Causeing plaintiff to have more difficulty urinating! Plaintiff does say that Doctor Siddiq knew at the time of this act of revenge that he was violating the law and ethics of his proffession!" Simply because plaintiff previously filed a law suit against Doctor Siddiq and his company that he work for (P.H.S.) (Prison Health Service,) Plaintiff says that if he get sick in any kind of way. That he will be in dire trouble about his medical needs!

   executed on 8-5-07  Jimmy Cameron

## Certificate of Service

Come now Jimmy Frank Cameron and does say that a copy of the forgoing was mailed to the attorneys for the defendants by placing a copy in the Bullock free legal mail this 5th day of August 2007

Rushton Stakely Johnson & Garrett P A
   Attorneys At Law
P.O Box 270

Montgomery, Ala

   36101-0270

excuted on 8-5-07            Jimmy F Cameron
                                         plantiff



MONTGOMERY AL 361
06 AUG 2007 PM 1 T

Jimmy Cameron 105591
P.O Box 5107 C-1-7-A
Union Spring Ala
36089

Legal Mail

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."