IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-684-WKW |
| | ) | |
| TAHIR SIDDIQ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on August 7, 2007 (Court Doc. No. 7), in which the plaintiff alleges that the defendant undertook the action about which he complains in retaliation for plaintiff filing a previous lawsuit, and for good cause, it is

ORDERED that the motion for leave to amend be and is hereby GRANTED. It is further

ORDERED that in filing his special report the defendant shall address the claims presented in the complaint, as amended.

The Clerk is DIRECTED to provide a copy of the amendment to the complaint and this order to defendant Siddiq and General Counsel for Prison Health Systems, Inc.

Done this 8th day of August, 2007.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE