IN THE United States District Court
for The middle District
Northern Division

RECEIVED
2007 AUG 20 A 9:33

Jimmy Frank Cameron
plantiff

V                                    case no. 2:07-CV-684-WKW

Tahir Siddiq
            Defendant

Motion To Leave To Amend.

Come now Jimmy F Cameron in The Above Style cause To Ask This Honorable court To Let him add This Declaration To his civil Action

executed on 8-16-07

Jimmy F Cameron
plantiff

I Declare under Penalty of Perjury of Jimmy frank Cameron

I Jimmy frank Cameron Being compentent To make This Declaration and Being The one who is suffering Does make The following Declaration Pursuant To 28. U.S.C 1746

I Jimmy f Cameron Does say since The savage examination by Doctor siddiq. I am having more Trouble uriwating because of The Brutal way That Doctor siddiq examined me. it is getting more and more harder To uriwate Standing up! I have To sit on The Toilet because of straining so hard some times! Plawtiff is Afraid To go back To see Doctor siddiq. Thinking The Doctor may Really want To Retallate even more since. plawtiff filed presewt complaint.

Pursuawt To 28 U.S.C 1746. I Delare under Penalty of Perjury That The forgoing is True awd Correct!

Excuted on 8-15-07

Jimmy F Cameron
plawtiff

# Certificate of Service

Come now Jimmy & Cameron and Does say That a copy of The foregoing was served on Attorneys for Defendants This 16 Day of August 2007 by placing a copy in The U.S mail postage prepaid

Rushton, Stakely, Johnson & Garrett
    P O Box 270
Montgomery, Ala 36101 0270

~~Alabama Dept of Corr
    Legal Division
P O Box 301501
montgomery, Ala
        36130-1501~~

executed on 8-16-07        Jimmy & Cameron
                                plantiffs

Jimmy Cameron 105591
PO Box 5107 C-1-7-A
Union Springs Ala
36089

MONTGOMERY AL 361
17 AUG 2007 PM 2 T

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

36101+0711