IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07-CV-684-WKW |
| ) | |
| TAHIR SIDDIQ, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on August 20, 2007 (Court Doc. No. 9), in which the plaintiff alleges he continues to experience difficulty urinating but concedes he has not sought medical treatment for this complaint, and for good cause, it is

ORDERED that the motion for leave to amend be and is hereby DENIED.

Done this 20th day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE