In The United States District
for The Middle District
Northern Division

Jimmy Frank Cameron
Plantiff

V.

Tahir Saddiq
Richard Allen Et. Al
Donal Campbell et. Al
    Defendants

RECEIVED
2007 AUG 23 A 9:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cases No. 205-CV-920-MEF
206-CV-1115-MHT
207-CV-684-WKW
206-CV-88-WHA

### Notice of Change of Address

Come Now Jimmy Frank Cameron To Advise This Honorable Court That he has been retaliatory Transfered To Another Prison Facility which is Worse off Than before he was transfered! Now Plantiff is in Dire Need of Emergence Medical Care. Plantiff would be better off at Staton Correctional Facility. Plantiff Ask This Honorable Court To Keep a Eye on plantiff!

New Address
Jimmy Cameron 105591
P.O Box 1107 - B-17-A
Elmore Ala 36025

executed on
8-21-07

Jimmy F Cameron
    plantiff

Certificate of Service

Come now Jimmy F Cameron and does say That a copy of The forgoing was mailed To The Defendants Attorneys by placing a copy in The US mail Postage prepaid This 8-21-07

Alabama Dept of Correction
    Legal Division
P.O. Box 301501

Montgomery. Ala
        36130 1501

executed on 8-21-07        Jimmy F Cameron



MONTGOMERY AL 361
22 AUG 2007 PM 4 L

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

Jimmy Cameron
195501