In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron

V

Tahir Siddiq

Case No. 2:07-CV-684 WKW
(WO)

RECEIVED
2007 AUG 24 A 9:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion To Leave To Amend Action

Come now Jimmy Frank Cameron and does ask this Honorable Court To Take instant action To stop Defendants retaliatory acts of forceing Plantiff Plantiff To Do Thing That he is unable To Do. Plantiff has been Disabled since 9-1-82 Plantiff was Told by Ms. Billups, That All They handed out was Farm Jobs and Ass Whippins Plantiff Told Ms Billups That he was Disable and had Hipatitus C. Which was All Suspose To be in Plantiff Prison file. are Ms Billups choose To disreguard are Pay no Attention To These facts. Ms. Billups Plainly show That she wants every Inmate To Know She does what ever she want To Do, Reguardless of The outcome. Plantiff say That This is Another Act by Prison Official and

Doctor siddiq in Retaliation for Plantiff filing His 1983 complaints Against The Prison Doctor. Plantiff is not going To Refuse To work Like Defendant want — But will Do what ever he is Able To Do., which is not very much. Plantiff Know That The Defendants want very much To Punish him in Any way They can! Which They showed by sending Plantiff To A Farming Prison. Plantiff Ask This Honorable Court To <u>Stop!</u> This Retaliatory Against him from The Defendants!

*Jimmy F Cameron*

## Certificate of Service

Come Now Jimmy F Cameron and Does Say That A copy of The for going was mailed To Attorneys for The Dept of Correction. This 22 Day of August 2007. Postage prepaid

Ala Dept. of Corr
  Legal Division
P.O. Box 301501
Mont. Ala
     36130-1501

*Jimmy F Cameron*
   plantiff

Jimmy Cameron 105591
P.O Box 1107 B-2-17-A
Elmore Ala
36025

MONTGOMERY AL 361
23 AUG 2007 PM 1 T

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

This correspondence is forwarded from an Alabama State Prison The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.