In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
plantiff

RECEIVED

2007 AUG 24  A 9: 54

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

V

Case No. 2:07-CV-684 WKW
(WO)

TAHIR Siddiq

# Motion for Retaliatory Injuction

Come now plantiff in The Above style cause
awo Does Ask This Honorable Court To Issue a
premlimary Injuction against The Dept of Corr.
awo Assistant Warden Ms. Billups, plantiff shows As
follows

1. Transfred To A Work Camp. Knowing Plantiff is Disnbled

2. Being Put To Work on The farm. 8-22-07

3. Risking Plantiff Already Bad Health

4. Threating Plantiff with A Ass Whipping

5 Putting Plantiff in Bad Situtation by making

his nerves That are Already Bad! To get worse!

6. Putting Plantiff in Jeoparry of His Heath getting worse.

Plantiff Prays That This Honorable court will Issue a Injuction against ALL Defendants in This civil Action

Excuted on 8-22-07    Jimmy F Cameron
Plantiff

Certificate of Service

Come Now Plantiff Jimmy F Cameron awn DoesSAy That A copy of the following was sent To The Attorney for the Defendant This 8-22-07. by Putting SAid copies in The U.S mail Postage Prepaid

Alabama Dept. of Corr.
Legal Division
P.O. Box 301501
muntgomery . Ala
36130-1501

Jimmy F Cameron
Plantiff

Jimmy Cameron 105591
P.O. Box 1107  B-2-12-A
Elmore, Ala

36025

from a Address shown upon the envelope
have not been given out, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

36101+0711

MONTGOMERY AL 361

23 AUG 2007 PM 3 T

United States District Court

P.O. Box 711

Montgomery, Ala

36101- 0711