In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

v.

Tahir Seddiq
    Defendant

RECEIVED
2007 AUG 28 A 9:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 2:07-CV-684-WKW

On Order," on Motion! Filed The 20th of August 2007, Document # 10-1

Come now Plantiff in The above style cause. Just To ask This Honorable Court if The Court was Treated Like Doctor Siddiq Treated Plantiff!! Would The Court go Back To The same Doctor? Now Plantiff has been Transfred To a Place where No Doctor come. But maybe" once a week. Plantiff sign up To see a Doctor 8-22-07 and as of Today still have not saw any Doctor! 8-26-07

excuted on 8-26-07

Jimmy F Cameron
Plantiff

## Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the forgoing was mailed to the Attorneys for Prison Health Services This 26 Day of August 2007 by placing same in the US mail Package prepaid

Rushton, Stakely, Johnsone Garett P.A
Attorneys At Law
P.O Box 270
Montgomery, Ala
       36101-0270

Jimmy Cameron
Plantiff

Jimmy Cameron 105591
P.O Box 1107  B-2-17-A
Elmore Ala
            36205

MONTGOMERY AL 361
27 AUG 2007 PM 1 L

In The United States District Court
P.O. Box 711
Montgomery, Ala
                36101-0711

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36101+0711