| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Carey Culver*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Carey Culver |
| 1. Article Addressed to:<br><br>Tahir Siddiq<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL 36089<br><br>07cv684  Doc 12 & OP | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail  ☐ Express Mail<br>  ☐ Registered    ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 0201 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540