| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *C Bell*   ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  *C Bell*   C. Date of Delivery  8/28/07 |
| 1. Article Addressed to:<br><br>Phyllis Billups<br>Draper Correctional Facility<br>PO Box 1107<br>Elmore, AL 36025<br><br>07cv684  Doc 12 & OP | D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:  ☑ No<br><br>3. Service Type<br>  ☑ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 0195 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540