In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
    Plaintiff

V

Tahir Siddiq ET. AL.
    Defendants

Case No. 207-CV-684-WKW

RECEIVED
2007 SEP -4 A 9:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion for Reconsideration

Come now Jimmy F Cameron To Ask This Honorable Court To Reconsider The Recommendation of The Magistrate Judge. Plaintiff will show All his Allegations are True! Which The Medical Records will Plainly show.

1. See Plaintiffs Civil Action Case No. 206-CV-88-WHA and its Exhibits
2. Plaintiff suffer from a Broken Back, Crushed Shoulders. Plaintiff has been Disabled since 9-1-82
3. Plaintiff would suffer irreparable Injury if he were made To go out on The Farm Squad
4. The injunction would stop further injury To Plaintiff Back and shoulders see Case No. 206-CV-1115 MHT

5. Deputy Warden Ms. Billup's Threated Plantiff with a Ass whipping if he Refused To check out on The Farm.

6. Plantiff medical Records will show. That Plantiff suffer from a Broken Back Both shoulders has old fractures unhealed. Plantiff has sent This Court All medical Record and X Rays as proof of his Injuries

7. Plantiff say That if This court will Look At All his medical Records and X Ray Reports, That in itself will establish Plantiff Request For a preliminary injunction. To stop The threat of Any futher Injury

Plantiff Prays This Honorable court will Grant This motion so Plantiff will not be subjected To Any futher Injury from Defendants Retaliation Efforts.

executed on
8-30-07

Jimmy F Cameron
plantiff

## Certificate of Service

Come now Jimmy F Cameron and does say Tha A copy of the fer going was served on Attorneys for Defendants by placing same in the US mail This 30 day of August 2007. Postage prepaid

Alabama Dept of Corr.
Legal Division
Po Box 301501

Montgomery, Ala
    36130-1501

exeutd 8-30-07          Jimmy F Cameron
                            plantiff

Jimmy Cameron 105591
P.O. Box 1107 B-2-17-A
Elmore, Ala
36625

MONTGOMERY AL 361
31 AUG 2007 PM 3 L

United States District Court
P O Box 711
Montgomery, Ala
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."