IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,          )
                                       )
      Plaintiff,                       )
                                       )
      v.                               )          CIVIL ACTION NO. 2:07-CV-684-WKW
                                       )
TAHIR SIDDIQ,                          )
                                       )
      Defendant.                       )

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on September 4, 2007 (Court Doc. No. 19), in which the plaintiff seeks reconsideration of the Recommendation entered on August 28, 2007 (Court Doc. No. 15) that his request for a preliminary injunction be denied, and as the plaintiff fails to present any evidence indicating issuance of a preliminary injunction is warranted, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 4th day of September, 2007.

                                      /s/ Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE