In The United States District Court
for The Middle District
Northern Division

RECEIVED
2007 SEP -7 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy F. Cameron
  plantiff

V.

Case No. 207-CV-684 WKW

Tahir Siddiq et.al
Deputy Warden Billups

## Motion To Leave To Amend.

Come Now Jimmy F. Cameron in The Above Style cause and To inform This Court. That As of Today. Plantiff has not saw A Doctor. 9-5-07. plantiff Turned in A sick Call slip on 8-21-07. To see The Doctor To start Trying To get Things started. The D.O.C and P.H.S want Inmates To fill out different sick call slips for every Ailment. which plantiff has numerous ailment, since P.H.S has failed To give him any kind of Treatment for any of his psychial Injuries. other Than Cosmetic Treatment. All plantiff is getting Treatment for his so called Blood pressure. and A Life Long Acid Reflux. Nothing else! Plantiff has ask for Treatment for pinched Nerve on his spine a enlarged prostate which Both need To be Treated. Like years Ago. Both Just get worse with out Adequate medical Treatment!!

as of This filing plantiff owes for sick calls To The D.O.C around $60.00 with his sick call Request getting Disregarded. but his co. pays are steadly going up. Still no Adequate medical Treatment. Now he can not even see A Doctor. plantiff was put on The farm & squad. Defendant knowing plantiff is Disabled. plantiff want To Keep The court informed on what The Defendant are not Doing No one from The Defendant have said any Thing To The plantiff. about even Trying To give plantiff any Kind of Treatement. Plantiff need To be evaluated for his ailment from a Nuteral Doctor. That would Tell The court Just what Plantiff needs. and not cosmetic Treatement.

Jimmy F Cameron
plantiff

Certificate of Notice

Come Now Jimmy F Cameron and Does say That a copy of The foregoing was mailed To Attorney for R-Li-s This Day of 9-5-07 postage prepaid

Rushton stakely, Johnson & Garrett P.A

PO Box 270
montgomery - Ala
36101-0270

Jimmy F Cameron
plantiff

Declaration Under Penalty of Perjury of Jimmy Frank Cameron

I Jimmy F Cameron Being Competent To make This Declaration and having Personal Knowledge of The matters Stated herein Declares Pursuant To 28 U.S.C 1746

I Jimmy Cameron Does Say That Deputy Warden Billups Did Say To me That All They Gave out Was Ass whipping and Farm Jobs. after I Told her I had Hepatitus C and I Was Disabled since 1982 I Was Told by Ms Billups I Would check out!" one way are The other!" She Acted Like She had No Concern for my Health! And To Show She has All The Authority To Do Just what She wanted To Do. and There Was Nothing I could Do about it!!

Pursuant To 28 U.S.C. 1746 I Declare under Penalty of Perjury That The foregoing is True and Correct

Executed 9-4-07   Jimmy F Cameron



MONTGOMERY AL 361
06 SEP 2007 PM 1 L

Jimmy Cameron 105591
P O Box 1107 B-2-17-A
Elmore, Ala
36025

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

36101+0711