IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-684-WKW |
| | ) |
| TAHIR SIDDIQ, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

On September 7, 2007 (Court Doc. No. 21), the plaintiff filed a motion for leave to amend in which he seeks to challenge the medical treatment provided to him at the Draper Correctional Facility. The medical treatment claims currently pending before this court relate to treatment provided at the Bullock County Correctional Facility. Accordingly, it is

ORDERED that the motion for leave to amend be and is hereby DENIED. The plaintiff is advised that if he seeks to proceed on the claims presented in the motion for leave to amend he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 10th day of September, 2007.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE