IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON (AIS# 105591) | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO. 2:07-CV-684-WKW |
| | * |
| TAHIR SIDDIQ, | * |
| | * |
| Defendant. | * |

### DEFENDANT'S MOTION TO EXTEND TIME
### TO FILE SPECIAL REPORT AND ANSWER

COMES NOW the Defendant, Tahir Siddiq, M.D., by and through counsel, and respectfully requests that this Honorable Court extend the time period which this Defendant has to file his Answer and Special Report in this action by thirty (30) days, up to and including October 10, 2007. As grounds for this Motion, Defendant shows to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. The Defendant is in the process of assembling the appropriate medical records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendant respectfully requests an extension within which to file his Special Report and Answer, said Special Report and Answer to be filed on or before October 10, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant Tahir Siddiq, M.D.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 10th day of September, 2007, to:

Mr. Jimmy Frank Cameron (AIS # 105591)
Bullock County Correctional Facility, C-1-7-A
P. O. Box 5107
Union Springs, AL  36089

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant
Tahir Siddiq, M.D.

2