IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.        ) | Case No. 2:07-cv-684-WKW |
| ) | [WO] |
| TAHIR SIDDIQ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 15) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 15) is ADOPTED;

2. The plaintiff's motion for preliminary injunction (Doc. # 13) is DENIED; and

3. This case is REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this 18th day of September, 2007.

                                /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE