In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron

v.

Tahir Siddiq et. al
Deputy Warden Billups

Case No. 2:07-cv-684 WKW

RECEIVED
2007 SEP 20 A 10:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Leave To Amend

Come now Jimmy F Cameron in The Above style cause and ask This Honorable court To add To Lt. Coach Sgt. King and Officer Easter CO. 1 on 9-18-07 Plantiff was called To The Back Gate at 12 noon. Plantiff had his pink slip from Doctor Adams. Saying Plantiff could not Lift over 10 lbs. Plantiff showed The Three officers this slip. and Told Them of his previous Injuries. Broken Back and crushed Shoulders All Three officer Knowling sent Plantiff out To work on The farm. where most of The farm Tools weigh over 10 lbs with Disreguard for Plantiff health and well Being. Plantiff has previously Added Deputy Warden Billups To This civil Action and was deliberately sent out To Do Farm work That could cause Plantiff permanent psychial Damages.

in Retaliation for Plantiff filing This civil Action. Plantiff is Asking This Honorable Court To Review Exhibits from civil Action 206-cv-88-WHA 206-cv-1115 MHT since Plantiff cannot get any more copies made Due To not having money To Pay To get copies made. Those Exhibits will Plainly show That Plantiff is Disabled and is not Able To Do any manual Labor are any bending because of old fractures in Plantiff Back. Plantiff Ask This Honorable Court To order ALL Retalitation To be stoped. by making plantiff check out on The farm. Trying To cause Plantiff more Pain and Damages To his Already Disabled Body! Plantiff Pray That This Retalition To stop!

Jimmy F Cameron
Plantiff

### Certificate of Service

I Do say That A copy of The forgoing was mailed To The Alabama Dept of Correction Attorney by Placing said copy in The Draper free Legal mail This 9-18-07

Alabama Dept of Corr.
P.O. Box 301501
Montgomery, Ala
36130-1501

Jimmy Cameron
Plantiff

$00.41⁰ SEP 19 2007
MAILED FROM ZIP CODE 36025

United States District Court
P.O. Box 711
Montgomery, Ala
36106-0711

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore, Ala
36025

**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."