IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-684-WKW |
| | ) | |
| TAHIR SIDDIQ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on September 20, 2007 (Court Doc. No. 26), in which the plaintiff seeks to name Lt. Coach, Sgt. King and officer Easter as defendants with respect to their assignment of plaintiff to farm duty on September 18, 2007, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he wishes to proceed on his claims against Lt. Coach, Sgt. King and officer Easter he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 21st day of September, 2007.


/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE