IN The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

v

TAHIR Siddiq Et.AL

Case No 2:07-CV-684 WKW

RECEIVED
2007 SEP 21 A 9:57
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion To Leave To Amend

Come now Jimmy F Cameron and Ask The Court To Let Plantiff Amend his Complaint from Nominal Damages To Puwitives damages" because of ALL The Pain and suffering Plantiff has been forced To go Through.

1. Being made To go out on The farm To stand and watch The other Inmate work and complaine about Plantiff not Doing Any Thing. other Inmate Threating Plantiff with Bodily Harm. because of not working. Plantiff suffering Pain from having To Just stand around and staying on his feet for 3 Hours in AM and 3 Hours P.M. Plantiff Prays That This Honorable Court has Reviewed The Exhibits in his other Pending Civil Action. Since The officials here At Draper want Let Plantiff get copies made with out The funds being on Plantiff Prison Account The exhibits will Prove Plantiff has numerous Ailments That Needs medical Treatment!" Plantiff has been suffering since around 4-12-05 when he was sent

To ventress where he was Assaulted by "A prison Guard which caused Plantiff To suffer a pinched nerves on his spine." Plantiff has been Transfred Three Times since Then. Plantiff Ask This Honorable court To order a stop To This Retaliatory punishment from Defendants when They Know Plantiff is not Able To work and Just making him check out on The farm Just To make Plantiff stay on his feet. Knowing That Plantiff can not work." As The exhibits will Plainly show

## Certificate of Service

Come Now Jimmy F Cameron and Does say That A copy of The forgoing was Mailed To Attorney for Defendants by Placing A copy in The U.S Mail Postage prepaid This 9-19-07

Alabama Dept of Correction
P.O Box 301501
Montgomery. Ala 36130-1501
executed on 9-19-07

Jimmy F Cameron
Plantiff

Jimmy Cameron 105591
PO Box 1167  B-2-17-A
Elmore, ALA  36025

MONTGOMERY AL 361
20 SEP 2007 PM 4 T

United States District Court
PO Box 711
Montgomery, ALA
36101-0711