IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-684-WKW |
| ) | |
| TAHIR SIDDIQ, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on September 21, 2007 (Court Doc. No. 28), in which the plaintiff seeks to amend his complaint to add a request for punitive damages, and for good cause, it is

ORDERED that the motion for leave to amend be and is hereby GRANTED.

Done this 24th day of September, 2007.

　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE