In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
Plantiff

v.                              Case No. 2:07-CV-684 WKW

Tahir Siddiq et. al

Motion for Jury Trial
under U.S.C. Title 28 § 770-773

Come now Plantiff awd Does ask for a Trial by Jury To settle This civil Action

Jimmy F Cameron
Plantiff

Certificate of Service

Come now Jimmy F Cameron awd Does say That A copy of The forgoing was served on Defendants Attorney by placing same in The Draper Free Legal mail This 23 Day of September 2007
Rushton Stakely, Johnson e Garrett P.A.
PO Box 270
Montgomery Ala 36101-0270

Jimmy F Cameron
Plantiff

Jimmy Cameron 105591
P.O. Box 7/07  B-2-12-A
Elmore, Ala
36025

United States District Court
P.O. Box 711
Montgomery, Ala  36101-0711

$00.41⁰  SEP 24 2007
MAILED FROM ZIP CODE 36025

This correspondence is forwarded from an LEGAL MAIL. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.