IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-684-WKW |
| | ) |
| TAHIR SIDDIQ, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on September 26, 2007 (Court Doc. No. 31), in which the plaintiff seeks to present new claims for relief against Dr. Siddiq with respect to the condition of his medical records, and as at this stage of the proceedings the court deems it inappropriate to allow such amendment, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he wishes to proceed on claims relative to the actions about which he complains in this most recent motion to amend he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 27th day of September, 2007.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE