In the United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
        Plantiff

v

Tahir Siddiq
Warden Phyllis Billups
Et. Al

2:07cv684-WKW

RECEIVED
2007 OCT 15 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

against Answer and
Special Report

Come now Plantiff in the Above style cause. To show this court that Warden Billups. Did go by Plantiff medical record after Plantiff medical file has been gone through and all Documents showing Plantiff has been taken out of Plantiff medical file. before being sent to Draper Correctional Center. Plantiff was not aware of Doctor Siddiq. Ransacked his medical file. see Document # 32-1 filed 9-27-07. Plantiff will leave it up to the discretion of this court to decide what action if any should be done to Warden Billups. Plantiff wishes to continue this civil action against Doctor Siddiq.

As of today Plantiff has not received Doctor Siddiq Special Report!

Executed 10-11-07

Jimmy F Cameron
Plantiff

Certificate of Service

Come now Jimmy F Cameron and Does say that A copy of the forgoing was mailed To Lawyers for Warden Billups. This 11. Day of October 2007 Postage prepaid

Alabama Dept of Corr.
P.O. Box 301501
Montgomery, Ala
36130-1501

execufed on 10-11-07

Jimmy F Cameron
Plantoff

Jimmy Cameron 165591
PO Box 1107 B-2-12-A
Elmore, ALA
36025

MONTGOMERY AL 361
12 OCT 2007 PM 4 L

United States District Court
P.O. Box 711
Montgomery, ALA
36101-0711