IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,   )
                                         )
        Plaintiff,           )
                                         )
    v.                     ) CIVIL ACTION NO. 2:07-CV-684-WKW
                                       )
TAHIR SIDDIQ, et al.,        )
                                       )
        Defendants.     )

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before October 25, 2007 defendant Siddiq shall:

1.  Show cause why he has failed to file a written report in compliance with the

orders entered in this case.

2.  File a written report as ordered by this court.

Done this 15th day of October, 2007.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE