In The United States
for The Middle District of Alabama
Northern Division

Jimmy F Cameron
plantiff

Case No 2:07-CV-684-WKW

V.

TAHIR SIDDIQ, et. AL

## Motion To Compel

Come now Jimmy F Cameron and ask This Honorable Court To order Defendants To start Sending his copy of Every Thing That The Defendant send The Court. At The Same Time. As of Today Plantiff has not received The special Report as order by The Court by 10-25-07. Plantiff <u>has</u> <u>not</u> Received any Special Report. All Plantiff has Received is Two sets of Different Exhibits from case No.2:06-CV-1115 MHT. Nothing on This case. Plantiff would Like This Court To order Defendants To stop Disreguarding Plantiffs copy of Things sent To This Court. Plantiff is being Left out until Plantiff find out Any Thing has been filed from This Court. Plantiff is And has been Left out by The Defendants, when filing Their Responses.

Executed on 10-28-07          Jimmy F Cameron

# Certificate of Service

Come now Jimmy F Cameron and does say that a copy of the forgoing was sent to Lawyers for The Defendants this 28 day of October 2007 by placing in The free Draper Legal Mail on 10-28-07

Rushton Stakely. Johnson & Garrett P A

   P O Box 270

Montgomery, Ala
            36101-0270


executed 10-28-07                    Jimmy F Cameron

Jimmy Cameron 105541
PO Box 1107 B-2-17-A
Elmore, Ala
36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

LEGAL MAIL