IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-684-WKW |
| | ) |
| TAHIR SIDDIQ, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on October 30, 2007 (Court Doc. No. 39), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks service of the answer, special report and exhibits filed by defendant Siddiq on October 25, 2007.

2. The motion be and is hereby DENIED to the extent that the plaintiff seeks service of the answer, special report and affidavit filed by defendant Billups on October 9, 2007 as the plaintiff acknowledged receipt of such documents in his response filed on October 15, 2007.

3. On or before November 10, 2007, defendant Siddiq shall serve the plaintiff with a copy of his answer, special report and exhibits. Defendant Siddiq is advised that these documents shall be mailed to the plaintiff at his most recent address of record - Draper

Correctional Facility, P. O. Box 1107, Elmore, Alabama 36025.

  4. The plaintiff be GRANTED an extension from November 15, 2007 to and including November 28, 2007 to file a response to the defendants' written reports in compliance with the directives of the order entered on October 26, 2007 (Court Doc. No. 38).

  Done this 30th day of October, 2007.

             /s/ Terry F. Moorer
             TERRY F. MOORER
             UNITED STATES MAGISTRATE JUDGE