IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON (AIS# 105591)      *
                                                  *

       Plaintiff,      *
                                                  *

v.      *      CASE NO. 2:07-CV-684-WKW
                                                  *

TAHIR SIDDIQ,      *
                                                  *

       Defendant.      *

## RESPONSE TO PRISONER'S
## MOTION TO COMPEL

       COMES NOW the Defendant, Tahir Siddiq, M.D., by and through counsel, and in response to the Plaintiff's Motion to Compel, states the following:

       Apparently, the Plaintiff, Jimmy Frank Cameron, has been transferred to an alternative facility.  We do not have a change of address form on file and have been sending copies of paperwork to the prior address.  By copy of this Response to the Motion to Compel, copies of all pleadings and the Special Report referenced by Mr. Cameron are attached to this response and are being sent to his new address, which is at Draper Correctional Facility.

       WHEREFORE, all premises considered, the Defendant respectfully requests this Court to deny the Plaintiff's Motion.

                                          Respectfully submitted,

                                        /s/  PAUL M. JAMES, JR.
                                        Alabama State Bar Number JAM017
                                        Attorney for Defendant Tahir Siddiq, M.D.
                                        RUSHTON, STAKELY, JOHNSTON &
                                        GARRETT, P.A.
                                        P. O. Box 270
                                        Montgomery, AL  36101-0270
                                        Telephone: (334) 206-3148
                                        Fax: (334) 481-0817
                                        E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 1st day of November, 2007, to:

>   Mr. Jimmy Frank Cameron (AIS # 105591)
>   Draper Correctional Facility, B-2-17-A
>   P. O. Box 1107
>   Elmore, AL  36025

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>   Neal P. Conner, Esq.
>   ALABAMA DEPARTMENT OF CORRECTIONS
>   Legal Division
>   P. O. Box 301501
>   Montgomery, AL  36130-1501

>                   /s/  PAUL M. JAMES, JR. (JAM017)
>                   Attorney for Defendant
>                   Tahir Siddiq, M.D.