In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
　　　　Plantiff

V.　　　　　　　　　　　　　　　Case No 207-CV-684-WKW

TAHIR Siddiq Individual Capacity
　　　Defendant

Answer To Defendant Special
Report filed 10-25-07

Come now Jimmy F Cameron in The Above style cause and Does Say That Plantiff Did not Attemp To file any grievance To Ms Brandy Player. Because she work for ARe was Assigned To work with Doctor Siddiq. and Plantiff Allegations Could not have been Addressed in Any way by filing Any Grievance forms To Any one who works for P.H.S because it would have Created a conflict of Intrest. Since Doctor Siddiq Denies The Allegations Plantiff Say That Doctor Siddiq Take a polygraph Test Just To see if There is Any doupHt To his story!". Plantiff says That this civil Action was filed Because of Retaliation Against Plantiff which Plantiff has Proven Already. by showing This Court All The Actions Taken by Defendants and every Thing That They have Done, Plantiff is not Blameing Any one But Doctor Siddiq. Plantiff Say That Doctor siddiq Does not Qualify for Any immunity. because he knew

That what he was doing violated federal laws and Ethics of his profession see Lassiter v. Alabama A&M Univ 28 F3d 1146-1149-50 (11 Cir 1994) and Plantiff medical file being stripped and Plantiff being sent to a work camp where Plantiff was forced to go out on farm work detail see Johnson v. Stovall 233 F3d 486 (7 Cir 2000) Also see Conley v. Gibson 355 U.S. 41 45 - 46 78 S ct 99 2 Led 2d 80 1957 Also see Walker v. Sumner 917 F2d 382 386-87 9th Cir 1990. Plantiff say that at the time of this examination that all Doctor Siddiq had on his mind was to inflect all the pain on Plantiff he could manage. That was why he kept asking Plantiff you still sueing every one?! Plantiff was examined on 7-19-07 he filed this Acton on 7-31-07 and was Transfred 8-21-07 to a work camp. with Plantiff being Disabled!!! Plantiff has not accused Doctor Siddiq of any thing that he did not Do!! Plantiff says Again that Doctor Siddiq did what he intended to do cause Plantiff a great deal of pain by inflicting a very revengeful and vicious rectal examination. Plantiff knows this for a fact because he (Plantiff) had the examination from the Doctor and if Doctor Siddiq says different that is not true. This civil action Just Backs up the 1st civil action 2:06-CV-1115 MHT That Plantiff has been given medications he was not suspose to take and shown deliberate indifference to most of his complaints. before coming to Draper 8-21-07 Plantiff ask this Honorable court to examined both civil action and see for it self There has been nothing done except cosmetic Treatment before coming to Draper Correctional facility.   10-31-07        Jimmy F. Cameron

Exhibit F

Declaration Under Penalty of Perjury of Jimmy F Cameron Being Competent To Make this Declaration And having personal Knowledge of The Matters Therein Declares Pursuant To 28 USC § 1746

Come now Jimmy Frank Cameron and Does say That There is No One Responsible for The actions he Took Therefore There is No one To file a Greivance form To Doctor siddiq Did A Retalitory Exam on plantiff Strictly on his own. There isn't any Agency Responsible for Doctor Siddiq Actions. To file a Greivance To Doctor Siddiq is Trying To find something are some one To Hide Behind. Doctor Siddiq knew At The Time he committed This vicious Act. That He was acting strictly on his own. There is No Agency Responsible for Doctor Siddiq's Actions Doctor Siddiq <u>Personally</u> Participates in This violation of Plantiff medical needs Doctor Siddiq Acted intirely on his own! see swint v city of Wadley 51 F 3d 798 790 (11 cir 1995) Plantiff has Learned why he is getting better medical care. P.H.S Prisoner Health Service No Longer has The Dept. of Correction of Alabama. a New company has Taken over!! which explains a Lot!

Pursuant To 28 USC § 1746. I Declare under Penalty of Perjury That the forgoing is True and Correct.

Execute on 11-1-07

Jimmy F Cameron
Plantiff

Exhibit G

# Declaration of Jimmy Francis Cameron Under Penalty of Perjury

Jimmy F Cameron being Competent To make This Declaration and having personal knowledge of The matter stated Herein Declares pursuant To 28 U.S.C. § 1746

Come Now Jimmy F Cameron and Does say That with his Allegations in This Certain Civil Action. Plantiff Ask This court Alone with P.H.S Attorney's. This! What Kind of Grievance form should he have filed? and To whom? Do you file a Grievance about A Doctor who has Already Did The exam and The Damage? The Doctor cannot Take The Exam Back are The way he Did The Exam. Grievance are for something That can be Rectified!" Not something That cannot be Rectified." Plantiff says That filing a Grievance on Doctor Siddiq would and could not accomplish Any change in what Plantiff went Through in This vicious Rectal Exam!

&lt; Inmate files a Grievance for something That has Not been Done!" Not for something That has Already Been Done!" Because nothing can be changed. are corrected."

Executed on 11-1-07

*Jimmy F Cameron*
Plantiff

Exhibit E  Declaration under Penalty of
Perjury of Jimmy Frank Cameron

I Jimmy Frank Cameron being Competent To make this Declaration and having Personal Knowlegde of the Matters stated here in Declares Pursuant To 28 U.S.C 1746

I Jimmy F. Cameron Does say that he has exhausted ALL Remidies That pertain To this case And Does say That filing Any Greviance To Ms Brandy Player would have Created a conflict of interest in this case and his Allegations in this Perticular case. Doctor Siddig was not Thinking of but one Thing when he gave Plantiff This Rectal Exam!" And That was To Punish Plantiff for filing This Present Civil Action 2:06-CV-1115 MHT he was not giving Plantiff Any kind of examination for Any Prostrate Problems and with Doctor Siddig Violent and Vicious Exam Did cause Plantiff To have more Problems which at This Time Plantiff is being Treated for a inLarged Prostrate. Plantiff Does say That Doctor Siddig Did cause him a Great Deal of Pain and suffering!" At This Time Plantiff is being Treated for Prostrate swelling by Taking Medication! Just goes To show How Doctor Siddig Rectal Exam was Retaliatory instead Medically inclined!

Pursuant To 28 U.S.C. § 1746 I Declare under Penalty of Perjury That The Forgoing is True and Correct!

executed on 10-30-07

Jimmy F Cameron
Plantiff

Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the forgoing was mailed to Attorneys for Defendants by placing same in the Free Draper Legal Mail this 4 Day of November 2007 properly addressed

Rushton, Stakely, Johnson & Garrett PA
PO Box 270
Montgomery, Ala
36101-0270

executed on 11-4-07

Jimmy F Cameron
Plaintiff

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore Ala
36025

United States District Court
PO Box 711
Montgomery, Ala
36101-0711



UNITED STATES POSTAGE
$ 00.41⁰
NOV 05 2007
MAILED FROM ZIPCODE 36025