IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-684-WKW |
| | ) | [WO] |
| TAHIR SIDDIQ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 43) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 43) is ADOPTED;

2. The motion for summary judgment filed by Defendant Billups (Doc. # 33) is GRANTED;

3. The claims against Defendant Billups are DISMISSED with prejudice;

4. The motion for summary judgment filed by Defendant Siddiq (Doc. # 36) is GRANTED to the extent that this defendant seeks dismissal of this case due to the plaintiff's failure to exhaust an administrative remedy; and

5. The claims against Defendant Siddiq are DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a).

An appropriate judgment will be entered.

Done this 28th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE