IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAHIR SIDDIQ, *et al.*, )<br>)<br>Defendants. ) | Case No. 2:07-cv-684-WKW<br>[WO] |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action against Defendant Billups is DISMISSED with prejudice and this action against Defendant Siddiq is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE